David W. Gutke
Nevada Bar No. 9820
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: dgutke@swlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY SINGLETON,<br><br>              Plaintiff,<br><br>vs.<br><br>JUPITER COMMUNITIES, LLC; DOES I through V, and ROE CORPORATIONS I through V,,<br><br>              Defendants. | Case No. 2:12-CV-02056-JAD-PAL<br><br>**EX PARTE MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF** |

DAVID GUTKE respectfully moves this Court for an order to remove him from the CM/ECF service list.

David Gutke moved from the law firm of GORDON REES, LLP, to SNELL & WILMER LLP.  Accordingly, Mr. Gutke no longer represents the Defendant, Jupiter Communities, LLC, and has no further need to receive CM/ECF notification or mail in this case.

By this motion, counsel seeks an order that Mr. Gutke's name be removed as counsel of record for Jupiter Communities, LLC, and that his e-mail address be removed from the CM/ECF notification list on this matter.

Dated: August 7, 2014                                       SNELL & WILMER L.L.P.


                                                            By: */s/ David W. Gutke*
                                                                David W. Gutke
                                                                3883 Howard Hughes Parkway
                                                                Suite 1100
                                                                Las Vegas, Nevada  89169

   IT IS SO ORDERED.

   IT IS FURTHER ORDERED that counsel shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

   DATED this 11th day of August, 2014.

                                                            _____
                                                            Peggy A. Leen
                                                            United States Magistrate Judge

- 2 -