UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY SINGLETON, | CASE NO.: 2:12-cv-2056-JAD-PAL |
| Plaintiff, | *Magistrate Judge Honorable Peggy A. Leen* |
| vs. | **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| JUPITER COMMUNITIES, LLC; DOES I through V; and ROE CORPORATIONS I through V, | |
| Defendants. | **(Mot. ##80, 82)** |

On October 22, 2014, Jupiter Communities, LLC applied *ex parte* to this Court to continue the settlement conference currently scheduled for December 3, 2014. The Court, having considered the matter, and good cause appearing, ORDERS as follows:

The settlement conference previously set for December 3, 2014 (Doc. 79) is continued to 1:30 p.m. January 8, 2015. The Settlement Conference Statement is due no later than 4:00 p.m. on January 2, 2015. All other provisions in the Settlement Conference Order remain unchanged.

IT IS SO ORDERED.

Dated: November 6, 2014

_____
UNITED STATES MAGISTRATE JUDGE

1089338/21157083v.1

-1-
[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
Case No.: 2:12-cv-2056-JAD-PAL